**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ROBERT OTTO UHL,**

      **Plaintiff,**

**v.**                                         **Case No: 6:12-cv-1386-Orl-36KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on November 26, 2013 (Doc. 21). In the Report and Recommendation, Magistrate Judge Spaulding recommends that the Court affirm the decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff Robert Otto Uhl's ("Uhl") claim for benefits. *See id*. Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Administrative Law Judge ("ALJ") applied the correct legal standards, and that the ALJ's findings are supported by substantial evidence. *See id*. Substantial evidence supports the ALJ's conclusion that Uhl's headaches were not a "severe" impairment, as the ALJ based her conclusion on the fact that Uhl testified that Excedrin relieved his headache pain. *See* R. 12. The Magistrate Judge also correctly rejected Uhl's argument that the ALJ should not have considered Uhl's lack of treatment for headaches due to the fact that Uhl could not afford treatment. *See* Doc. 21, p. 7. As the Magistrate Judge explained, the authority cited by Uhl is not on point, and the ALJ's conclusion would be well-supported even without considering the lack of treatment. *See id*. Moreover, the Magistrate Judge

correctly pointed out that Uhl did not cite any medical opinion stating that his headaches, when treated by medication, caused functional limitations. *See id*. With respect to obesity, the Magistrate Judge correctly observed that the ALJ considered this severe impairment in determining Uhl's functional limitations. *See id.* at 8. Finally, the Magistrate Judge correctly held that the ALJ considered non-exertional limitations arising from Uhl's fatigue. *See id.* at 9. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is **adopted, confirmed and approved** in all respects and is made a part of this Order for all purposes, including appellate review.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. The clerk is directed to terminate all pending motions and deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Karla R. Spaulding